FILED IN U.S. DISTRICT COURT
DISTRICT OF UTAH

OCT 14 2025

GARY P. SEDAR
CLERK OF COURT
BY_____
DEPUTY CLERK

FELICE JOHN VITI, Acting United States Attorney (#7007)
JOSEPH M. HOOD, Assistant United States Attorney (#13536)
Attorneys for the United States of America
Office of the United States Attorney
20 North Main Street, Suite 208
St. George, Utah 84770
Telephone: (435) 634-4279
Email: joseph.hood@usdoj.gov

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>HECTOR LUIS CASTILLO-REYES,<br><br>Defendant. | INDICTMENT<br><br>Count 1: 21 U.S.C. § 841(a)(1), Possession of Fentanyl with Intent to Distribute (>400 grams).<br><br>Case: 4:25-cr-00110<br>Assigned To : Allen, Ann Marie McIff<br>Assign. Date : 10/14/2025<br>Description: USA v. |

The Grand Jury charges:

### COUNT 1
21 U.S.C. § 841(a)(1)
(Possession of Fentanyl with Intent to Distribute)

On or about August 14, 2025, in the District of Utah,

**HECTOR LUIS CASTILLO-REYES,**

defendant herein, did knowingly and intentionally possess with intent to distribute 400 grams or more of a mixture or substance containing a detectable amount of N-phenyl-N- [ 1- ( 2-phenylethyl ) -4-piperidinyl ] propanamide ("Fentanyl"), a Schedule II controlled

substance within the meaning of 21 U.S.C. § 812, all in violation of 21 U.S.C. § 841(a)(1) and punishable pursuant to 21 U.S.C. § 841(b)(1)(A).

A TRUE BILL:

/s/
_____
FOREPERSON OF THE GRAND JURY

FELICE JOHN VITI
Acting United States Attorney

_____
JOSEPH HOOD
Assistant United States Attorney